# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
# OFFICE OF THE CLERK

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

Patricia S. Connor
Clerk

Telephone
804-916-2700

## May 23, 2016

_____

## PARTIAL RECORD REQUEST

_____

No. 16-9,    In re: Chadrick Fulks
4:02-cr-00992-JFA-1

TO: Robin L. Blume
UNITED STATES DISTRICT COURT
District of South Carolina
401 West Evans Street
Florence, SC 29501

PARTIAL RECORD DUE: May 26, 2016

Please transmit to this office a partial record in the above-referenced case, consisting of the following:

**Pre-Sentence Report**

**Sentencing Hearing**

If there is any problem with transmission of the partial record, please notify me.

RJ Warren, Deputy Clerk
804-916-2702