**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 23, 2016

_____

RESPONSE REQUESTED
_____

No. 16-9,         In re: Chadrick Fulks
                  4:02-cr-00992-JFA-1

TO:    Robert Frank Daley
       Thomas Ernest Booth

RESPONSE DUE: 05/31/2016

Response is required to the motion for authorization to file successive habeas application on or before 05/31/2016.

RJ Warren, Deputy Clerk
804-916-2702