| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff-Respondent | : | |
| | : | |
| v. | : | No. 16-9 |
| | : | |
| CHADRICK EVAN FULKS | : | |
| | : | |
| Defendant-Movant. | : | |

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSE**

The United States respectfully moves this Court to enter an order extending

the due date for its response to Fulks' application to file a successive motion under

28 U.S.C. § 2255 by one week, to and including June 7, 2016. The response to

Fulks' motion is currently due on May 31, 2016. In support of this motion, the

government states the following:

1.      Fulks has filed an application under 28 U.S.C. § 2255(h) to file a

successive motion under 28 U.S.C. § 2255 on the ground that his convictions for

conspiracy to use and carry firearms during and in relation to a crime of violence

under 18 U.S.C. § 924(o), and a substantive firearm offense under 18 U.S.C. § 924(c)

are infirm under Johnson v. United States, 135 S. Ct. 2551 (2015).

2.      Fulks was convicted of carjacking and kidnapping that resulted in the

death of Alice Donovan and was sentenced to death. He was also convicted of,

among other things, conspiracy to use and carry firearms during and in relation to

crimes of violence under 18 U.S.C. § 924(o), and a substantive Section 924(c) offense. He was sentenced to 744 months of imprisonment on those counts. This Court affirmed the judgment on direct appeal. United States v. Fulks, 454 F.3d 410 (4th Cir. 2006), cert. denied, 551 U.S. 1147 (2007). This Court affirmed the denial of Fulks' motion to vacate his sentence under 28 U.S.C. § 2255. United States v. Fulks, 683 F.3d 512 (4th Cir. 2012), cert. denied, 134 S. Ct. 52 (2013).

3. Fulks has filed an application to file a successive motion under Section 2255 to invalidate his Sections 924(o) and 924(c) convictions in light of Johnson. Government counsel will need additional time to respond to the issue raised in this application. The Department of Justice is currently evaluating its litigating position with respect to the impact of Johnson on numerous criminal statutes, including 18 U.S.C. § § 924(c) and 924(o). The additional time will be necessary to ensure that the response to Basham's motion fully reflects the position of the Department of Justice.

5. Peter Williams, counsel for Fulks, consents to this motion.

Because this motion is made in good faith and not for purposes of delay, the government respectfully requests that the Court extend its deadline to file a response motion to brief to June 7, 2016.

Respectfully submitted,

LESLIE R. CALDWELL
Assistant Attorney General

SUNG-HEE SUH
Deputy Assistant Attorney General

/s/Thomas E. Booth
THOMAS E. BOOTH
Attorney
Criminal Division, Appellate Section
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530
(202) 514-5201
Thomas.booth@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2016, I electronically served a copy of the foregoing document on the following registered participants of the CM/ECF system:

Peter Williams
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106

Counsel for Chadrick Fulks

/s/Thomas E. Booth