UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-9
(4:02-cr-00992-JFA-1)
_____

In re: CHADRICK EVAN FULKS

    Movant

_____

O R D E R

_____

The court grants the motion for extension and extends the time for filing a response to the motion for authorization to file a successive habeas application to June 6, 2016. Counsel is advised that no further extensions will be granted absent a showing of extraordinary circumstances.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk