

**U.S. Department of Justice**

Criminal Division

*Appellate Section*                                                 *Washington, D.C. 20530*

The Honorable Patricia Connor                          June 7, 2016
Clerk of Court
U.S. Court of Appeals
 For the Fourth Circuit
1100 East Main Street
Richmond, VA 23219

Re: <u>U.S.</u> v. <u>Chadrick E. Fulks</u>, No. 16-9

Dear Ms. Connor:

This letter is submitted pursuant to Fed. R. App. P. 28(j).

The issue in this case is whether Fulks is entitled to authorization to file a successive motion under 28 U.S.C. § 2255 to challenge the validity of his firearm convictions under 18 U.S.C. § 924(c) and 924(o).

In <u>In Re: Terrell E. Roberson</u>, No. 16-948 (4th Cir. June 3, 2016), this Court denied the movant's request for authorization to file a successive Section 2255 motion to attack his Section 924(c) conviction that was based on a carjacking conviction in violation of 18 U.S.C. § 2119. This Court ruled that carjacking is a "crime of violence" under the force clause of 18 U.S.C. § 924(c)(3)(A).

Because Fulks' Section 924(c) and 924(o) convictions were based in part on a federal carjacking offense (Gov't. Response at 12), they are also valid under Section 924(c)'s force clause.

Yours truly,

/s/
Thomas E. Booth
App. Section, Criminal Division
Department of Justice
950 Penn. Avenue, Room 1511
(202) 514-5201
Thomas.Booth@usdoj.gov