

**U.S. Department of Justice**

Criminal Division

---

*Appellate Section*                                                    *Washington, D.C. 20530*

The Honorable Patricia Connor                         June 10, 2016
Clerk of Court
U.S. Court of Appeals
 For the Fourth Circuit
1100 East Main Street
Richmond, VA 23219

               Re: <u>U.S.</u> v. <u>Chadrick E. Fulks</u>, No. 16-9

Dear Ms. Connor:

      This letter is submitted pursuant to Fed. R. App. P. 28(j).

      The issue in this case is whether Fulks is entitled to authorization to file a successive motion under 28 U.S.C. § 2255 to challenge the validity of his firearm convictions under 18 U.S.C. § 924(c) and 924(o).

      In <u>In Re: Creadell Hubbard</u>, __ F.3d __ (4th Cir. June 8, 2016), this Court granted the movant's request for authorization to file a successive Section 2255 motion to attack his burglary conviction based on various residual clauses, but it also ruled that Hubbard's attack on his federal bank robbery conviction under 18 U.S.C. § 2113(a) was no longer viable. This Court reasoned that the Supreme Court's decision in <u>Johnson</u> v. <u>United States</u>, 135 S. Ct. 2551 (2015), "was inapplicable" to that claim because, in <u>United States</u> v. <u>McNeal</u>, 818 F.3d 141 (4th Cir. 2016), this Court had previously held that Section 2113 satisfies the "force clause" in 18 U.S.C. § 924(c)(3)(A).  Opinion at 5.

      Because Fulks' Section 924(c) and 924(o) convictions were based on a federal kidnapping and carjacking offenses that are independently valid under Section 924(c)'s force clause, <u>Hubbard</u> compels rejection of Fulks' motion.

                         Yours truly,

                         /s/
                         Thomas E. Booth
                         App. Section, Criminal Division
                         Department of Justice
                         950 Penn. Avenue, Room 1511
                         (202) 514-5201
                         Thomas.Booth@usdoj.gov